990

No. 03–1256. DAYTON NEWSPAPERS, INC. v. GENERAL TRUCK DRIVERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL No. 957. C. A. 6th Cir. Certiorari denied.

No. 03–1258. LUNDY ET AL. v. AMERICAN CYANAMID CO. C. A. 6th Cir. Certiorari denied.

No. 03–1263. NEINAST v. BOARD OF TRUSTEES OF THE COLUMBUS METROPOLITAN LIBRARY ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1271. LARA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–1277. OPARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–1278. PERSIK v. COLORADO STATE UNIVERSITY. C. A. 10th Cir. Certiorari denied.

No. 03–1295. STEINER v. POTTER, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 03–1296. BUCKLEY v. MEIS, REGIONAL CHIEF COUNSEL, OFFICE OF GENERAL COUNSEL, SEATTLE REGION X, SOCIAL SECURITY ADMINISTRATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1312. PAYMAN v. ABDRABBO ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–1324. HINKSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–1337. KRAMER v. OLSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7694. PACHECO-MEDINA v. OREGON. C. A. 9th Cir. Certiorari denied.

No. 03–7728. THORELL ET AL. v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 03–7945. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.